Victoria Gibbons, Appellant, v. Isidore Cohn, Respondent.— Motion to

amend order denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

THE GREATER NEW YORK SAVINGS BANK, Respondent, v. CALENDAR REALTY CORPORATION, Appellant, and CHARLES SALOMON and Others, Defendants.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.